JUNE 28, 1951

No. 55741.—SUIT 4662.—United States v. Magnus, Mabee & Reynard, Inc.——————————————————C. D. 1260 affirmed May 8, 1951.. C. A. D. 455.